# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**DAVID WALLS, et al.,**

    **Plaintiffs,**

v.                                 **Case No. 8:20-cv-3115-TPB-AAS**

**JAMES P. NAULT, President,**
**Vagabond Mobile Home Park, et al.,**

    **Defendants.**
_____/

## ORDER

After reviewing the plaintiffs' complaint and application to proceed *in forma pauperis* (Docs. 1, 2), the court took the plaintiffs' motion under advisement pending the plaintiffs submitting amended affidavits of indigency and an amended complaint by February 12, 2021. (Doc. 4). The plaintiffs failed to do so despite being advised that failure to do so may result in a recommendation of dismissal. (*Id.* at p. 4).

Therefore, it is **RECOMMENDED** that the plaintiffs' motion for leave to proceed *in forma pauperis* (Doc. 2) be **DENIED**, and the complaint (Doc. 1) be **DISMISSED**.

**ENTERED** in Tampa, Florida on February 16, 2021.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

### NOTICE TO PARTIES

The plaintiffs have fourteen days from the date they are served a copy of this report to file written objections to this report's proposed findings and recommendations or to seek an extension of the fourteen-day deadline to file written objections. 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. A party's failure to object timely in accordance with 28 U.S.C. § 636(b)(1) waives that party's right to challenge on appeal the district court's order adopting this report's unobjected-to factual findings and legal conclusions. 11th Cir. R. 3-1.

cc:

Pro se plaintiffs