UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID WALLS, et al.,

    Plaintiffs

v.                                                                           8:20-cv-3115-TPB-AAS

JAMES P. NAULT, President,
Vagabond Mobile Home Park,
et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Amanda A. Sansone, United States Magistrate Judge, entered on February 16, 2021 (Doc. 6). Judge Sansone recommends that Plaintiffs' motion for leave to proceed *in forma pauperis* (Doc. 2) be denied, and that their complaint (Doc. 1) be dismissed due to Plaintiffs' failure to file an amended complaint and amended affidavits of indigency as directed. Neither Plaintiffs nor Defendants filed an objection to the report and recommendation, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews

legal conclusions *de novo*, even in the absence of an objection.  *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Castro Bobadilla v. Reno*, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), *aff'd*, 28 F.3d 116 (11th Cir. 1994) (table).

Upon due consideration of the record, including Judge Sansone's report and recommendation, the Court adopts the report and recommendation.  Consequently, Plaintiffs' *in forma pauperis* motion is denied.  The complaint is dismissed.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1)   Judge Sansone's report and recommendation (Doc. 6) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2)   Plaintiffs' motion for leave to proceed *in forma pauperis* (Doc. 2) is **DENIED**.

(3)   The complaint (Doc. 1) is **DISMISSED**.

(4)   The Clerk is directed to terminate any pending motions and deadlines, and thereafter close this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 11th day of March, 2021.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**